## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lemuel Haynes, | : |
| | : Civil Action No.: 2:13-cv-00890-BMS |
| Plaintiff, | : |
| v. | : |
| Alliance One, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Alliance One, Inc., with prejudice and without costs to any party.

| Lemuel Haynes | Alliance One, Inc. |
|---|---|
| */s/Jody B. Burton* | */s/Jacob U. Ginsburg* |
| Jody B. Burton, Esq. | Jacob U. Ginsburg, Esq. |
| Bar No.: 71681 | Marshall Dennehey Warner Coleman & Goggin, P.C. |
| Lemberg & Associates, LLC | |
| 1100 Summer Street, 3rd Floor | 2000 Market Street, Suite 2300 |
| Stamford, CT  06905 | Philadelphia, PA 19103 |
| Tel: (203) 653-2250 | Tel: (215) 575-2596 |
| Fax: (203) 653-3424 | Fax: (215) 575-0856 |
| Email: jburton@lemberglaw.com | Email: JUGinsburg@mdwcg.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 26, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By  /s/Jody B. Burton
                 Jody B. Burton